UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTANA'S GRILL, INC., ) | Civil No. 03-CV-2340-L(RBB) |
| ) | |
| Plaintiff, ) | **ORDER REQUIRING STATUS REPORT** |
| ) | |
| v. ) | |
| ) | |
| ARTURO CASTANEDA, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

The above-captioned case has been stayed since June 3, 2004. [doc. #44] **IT IS ORDERED** that the parties shall file a joint status report not later than February 9, 2007.

**IT IS SO ORDERED.**

DATED: January 26, 2007

M. James Lorenz
United States District Court Judge

COPY TO:

HON. RUBEN B. BROOKS
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL

03CV2340